FILED

03/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0565

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court No. DA 19-0565

MONTANA ENVIRONMENTAL INFORMATION CENTER,

Petitioner/Appellee,

vs.

MONTANA PUBLIC SERVICE COMMISSION, MONTANA DEPARTMENT OF PUBLIC SERVICE REGULATION,

Appellant, and

NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,

Respondent/Appellant.

## Order for 30-day Extension

Based upon the unopposed motion pursuant to M.R.App.P. 26(1) and good cause appearing;

The motion is hereby GRANTED. Appellants shall each have up to and including April 24, 2020, to file reply briefs.

Dated this 16 day of March, 2020.